# EXHIBIT B

**BONI, ZACK & SNYDER LLC**
Benjamin J. Eichel (Attorney I.D. No. 307078)
beichel@bonizack.com
15 St. Asaphs Road
Bala Cynwyd, PA 19004
*Attorneys for Plaintiff Kindred Hospitals East, LLC d/b/a Kindred Hospital – Philadelphia and Kindred Hospital - Havertown*



| | |
|---|---|
| KINDRED HOSPITALS EAST, LLC d/b/a KINDRED HOSPITAL – PHILADELPHIA and d/b/a KINDRED HOSPITAL – HAVERTOWN : <br><br> *Plaintiff* <br> vs. <br><br> KEYSTONE FAMILY HEALTH PLAN <br><br> *Defendant.* | **COURT OF COMMON PLEAS PHILADELPHIA COUNTY, PENNSYLVANIA** <br><br> **DOCKET NO. 250200219** |

## STIPULATION TO FILE AMENDED COMPLAINT

WHEREAS, Plaintiff Kindred Hospitals East, LLC d/b/a Kindred Hospital – Philadelphia and d/b/a Kindred Hospital – Havertown ("Plaintiff" or "Hospital") entered into that certain Hospital Services Agreement with Keystone Family Health Plan ("KFHP"), effective July 1, 2019 and as amended ("Agreement").

WHEREAS, on January 31, 2025, Plaintiff filed the complaint in this action ("Complaint").

WHEREAS, Plaintiff named Keystone First Insurance Group, LLC and Vista Health Plan, Inc. a/k/a Keystone Family Health Plan d/b/a Keystone First Community HealthChoices as defendants in the Complaint.

WHEREAS, following the filing of the Complaint, in connection with discussions as to waiver of service of the Complaint, counsel for KFHP informed Plaintiff of its view that KFHP was the sole and proper defendant as to the claims alleged in the Complaint. Counsel agreed to

55201989.5

Case ID: 250200219
Control No.: 25031519

accept service of the Complaint on KFHP's behalf once KFHP was identified as the sole defendant in this action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by the parties, by and through their respective undersigned counsel, that pursuant to Pa. R. Civ. P. 1033(a), Keystone Family Health Plan consents to Plaintiff filing an amended complaint that identifies Keystone Family Health Plan as the sole defendant.[1] Keystone Family Health Plan reserves, and does not waive, all rights to file an Answer or Preliminary Objections in response to the Amended Complaint and the decision to accept service of the Amended Complaint does not constitute an admission of any of the allegations set forth in the Amended Complaint, nor does acceptance of service act as a waiver of any rights.

**IT IS SO STIPULATED.**

DATED: March 6, 2025

| | |
|---|---|
| /s/ *Benjamin J. Eichel* | *Shane P. Simon* |
| BONI, ZACK & SNYDER LLC | Shane P. Simon |
| beichel@bonizack.com | Saul Ewing LLP |
| 15 St. Asaphs Road | Centre Square West |
| Bala Cynwyd, PA 19004 | 1500 Market Street, 38th Floor |
| | Philadelphia, PA 19102 |
| | Telephone: (215) 972-7160 |
| William H. Mazur (*pro hac vice* forthcoming) | shane.simon@saul.com |
| Fultz Maddox Dickens PLC | |
| 101 South Fifth Street, 27th Floor | *Attorneys for Defendant Keystone Family Health Plan* |
| Louisville, KY 40202 | |
| wmazur@fmdlegal.com | |
| | |
| *Attorneys for Plaintiff Kindred Hospitals East, LLC d/b/a Kindred Hospital – Philadelphia and Kindred Hospital - Havertown* | |

---

[1] Plaintiff reserves the right to seek to add additional defendants at a later date should the discovery process uncover information making such an addition appropriate.