SAUL EWING LLP
BY: SHANE P. SIMON, ESQ.
Attorney ID No. 319643
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972 -7160
shane.simon@saul.com

| | |
|---|---|
| KINDRED HOSPITALS EAST, LLC d/b/a KINDRED HOSPITAL – PHILADELPHIA and d/b/a KINDRED HOSPITAL - HAVERTOWN<br><br>           Plaintiff,<br><br>vs.<br><br>KEYSTONE FAMILY HEALTH PLAN,<br><br>           Defendant. | COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY<br><br>No. 250200219 |

**NOTICE OF REMOVAL TO FEDERAL COURT**
**BY DEFENDANT KEYSTONE FAMILY HEALTH PLAN**

TO:   OFFICE OF JUDICIAL RECORDS
        COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

In accordance with 28 U.S.C. § 1446(d), please take notice that Defendant Keystone Family Health Plan filed a Notice of Removal, attached hereto as **Exhibit "A,"** removing this action from this Court to the United States District Court for the Eastern District of Pennsylvania. *See* 28 U.S.C. § 1446(d) ("Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded."). Therefore, this Court may not proceed with this matter unless and until the United States District Court for the Eastern District of Pennsylvania remands the case back to this Court.

55305670.3

          Respectfully submitted,

          /s/ *Shane P. Simon*
          Shane P. Simon (319643)
          **SAUL EWING LLP**
          1500 Market Street, 38th Floor
          Philadelphia, PA 19102
          (215) 972-7160
          shane.simon@saul.com

Dated: March 25, 2025

55305670.3

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, a copy of the foregoing Notice of Removal was filed electronically and that notification of this filing was provided to the following counsel of record via electronic mail:

Boni, Zack & Snyder LLC
Benjamin J. Eichel, Esq. (Pa. No. 307078)
15 St. Asaphs Rpad
Bala Cynwyd, PA 19004
beichel@bonizack.com

Fultz Maddox Dickens PLC
William H. Mazur, Esq.
101 South Fifth Street, 27th Floor
Louisville, KY 40202
wmazur@fmdlegal.com

*Attorneys for Plaintiff*

/s/     *Shane P. Simon*
Shane P. Simon

Dated:  March 25, 2025