## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KINDRED HOSPITALS EAST, LLC d/b/a KINDRED HOSPITAL – PHILADELPHIA and d/b/a KINDRED HOSPITAL – HAVERTOWN,** | **CIVIL ACTION NO.  25-1563** |
| **Plaintiff,** | |
| **v.** | |
| **KEYSTONE FAMILY HEALTH PLAN,** | |
| **Defendant.** | |

## ORDER

**AND NOW,** this 10th day of February 2026, upon consideration of Defendant's Motion to Dismiss [Doc. No. 6], Plaintiff's Response thereto [Doc. No. 9], and Defendant's Reply in further support of its Motion [Doc. No. 10], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss [Doc. No. 6] is **DENIED**. Defendant is **ORDERED** to file an Answer to Plaintiff's First Amended Complaint [Doc. No. 1-3] no later than 21 days after the docketing of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**